**DENTONS**

**Karla Del Pozo García**
Managing Associate

karla.delpozogarcia@dentons.com
D  +1 212-768-5328

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

December 23, 2024

<u>**VIA ECF**</u>

The Honorable John P. Cronan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Young v. Calbee North America, LLC;* Case No. 1:24-cv-06441-JPC

Dear Judge Cronan:

We represent Defendant Calbee North America, LLC ("Defendant") in the above-referenced matter. Together with counsel for plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days, from December 23, 2024 to February 6, 2025.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, voluntary dismissal will be filed.

Respectfully submitted,

*/s/ Karla Del Pozo García*
Karla Del Pozo García

cc:   All counsel of record (by ECF)

The request is granted.  Defendant's deadline to respond to the Complaint is extended to February 6, 2025.  The Clerk of Court is respectfully directed to close Docket Number 12.

SO ORDERED.
Date: December 26, 2024
New York, New York

JOHN P. CRONAN
United States District Judge

**Puyat Jacinto & Santos ►  Link Legal ►  Zaanouni Law Firm & Associates ►  LuatViet ►  For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms**